UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-22556-CIV-MORENO/GARBER

OBIE JOHNSON, JR.,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER OF REMAND AND FINAL JUDGMENT

This matter is before the Court on the Motion of Defendant Michael Astrue [18], Commissioner of Social Security, to reverse the decision of the Administrative Law Judge (ALJ), and remand this case to the Commissioner under sentence four of 42 U.S.C. § 405(g). Plaintiff does not oppose the defendant's Motion. The Court being fully advised in the premises and upon a review of the record , it is hereby

ORDERED AND ADJUDGED that:

The defendant's Motion is granted and the cause is hereby REVERSED AND REMANDED under Sentence Four of 42 U.S.C. § 405(g) to the Commissioner to conduct further proceedings as follows:

    A.    On remand, the ALJ will consider whether the claimant meets or equals the listing for mental retardation found at 20 C.F.R. pt. 404, subpt. P, app. 1, § 12.05C, or organic mental disorders, with the assistance of a medical expert for a longitudinal overview of the claimant's impairments.

    B.      The ALJ will consider nurse practitioner Cheerie Cuff's opinion in accordance with the requirements of Social Security Ruling 06-3p.

    C.      In addition, if the sequential evaluation process proceeds to step five, the ALJ will obtain evidence from a vocational expert. If Plaintiff is found disabled, the ALJ will conduct the further proceedings required to determine whether substance abuse is a contributing factor material to the determination of disability. Plaintiff will be provided the opportunity for a supplemental hearing.

This Court hereby enters Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure. All pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida this 10th day of March, 2010.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE